SEALED



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
APRIL 30, 2019 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19-00126
    21 U.S.C. § 841(a)(1)

JOHN EDWARD ROACH, II

**I N D I C T M E N T**
(Possession with Intent to Distribute Methamphetamine)

The Grand Jury Charges:

On or about April 11, 2019, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JOHN EDWARD ROACH, II knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

MICHAEL B. STUART
United States Attorney

By: /s/ Drew O. Inman
DREW O. INMAN
Assistant United States Attorney