# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston     **Case No.:** 2:19-cr-00126     **Type:** Initial Appearance on Indictment
**Caption:** USA v. John Edward Roach, II
**Judge:** Judge Tinsley

**Started:**   5/15/2019 3:02:42 PM
**Ends:**      5/15/2019 3:10:58 PM          **Length:** 00:08:17

    Judge Dwane L. Tinsley
    Courtroom Deputy: Dawna Goodson
    Defendant: John Edward Roach, II
    Assistant U.S. Attorney: Drew Inman
    Retained Counsel: Mark Plants
    Probation Officer: Michele Wentz

| Time | Event |
|---|---|
| 3:02:54 PM | INITIAL APPEARANCE |
| 3:03:20 PM | Case called, noted appearances of counsel, and defendant present in courtroom |
| 3:03:52 PM | Stated rights of defendant and defendant acknowledged these rights |
| 3:04:31 PM | Stated personal information |
| 3:04:34 PM | Retained Mark Plants to represent him in this matter |
| 3:05:07 PM | Notice of Appearance must be filed |
| 3:05:17 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 3:05:31 PM | Stated violation(s) in charging document and possible penalties |
| 3:06:01 PM | Defendant shall next appear for an arraignment on Monday, May 20, 2019 at 2:00 p.m. |
| 3:06:21 PM | The Court has received an oral report from Pretrial Services regarding the release of the defendant. |
| 3:06:29 PM | Any objection to the release of the defendant on bond? |
| 3:06:32 PM | No objective to release on bond |
| 3:07:01 PM | Ordered the defendant released on a $10,000 unsecured appearance bond with order setting conditions of release |
| 3:07:31 PM | Reviews conditions with the defendant to ensure he understands |
| 3:10:07 PM | If you fail to abide by the conditions of release, your bond will be revoked and you will be prosecuted on additional charges |
| 3:10:42 PM | Anything else counsel wishes to address? |
| 3:10:46 PM | Hearing Adjourned |