## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.                                              Case Number: 2:19-cr-00126

**JOHN EDWARD ROACH, II**

### O R D E R

On May 15, 2019, the defendant appeared in person for the purpose of an initial appearance pursuant to an indictment being returned against him. Drew O. Inman, Assistant United States Attorney, was present for the United States and Mark S. Plants was present for the defendant. Also present was Michele Wentz, United States Probation Officer.

The Court informed the defendant of the charges in the case, of the defendant's right to counsel, and of matters relating to conditions of release. The Court further informed the defendant that he is not required to make a statement and that any statement made by the defendant may be used against him.

The Court was advised that Mark Plants has been retained as counsel in this matter and instructed Mr. Plants to file a Notice of Appearance.

The Court received an oral report from the probation officer recommending that the defendant be released on bond. There being no objection from the United States, it is hereby **ORDERED** that the defendant is released on a Ten Thousand Dollar unsecured Appearance Bond and Order Setting Conditions of Release as outlined under separate order. It is further **ORDERED** that the defendant shall appear for arraignment on Monday, May 20, 2019, at 2:00 p.m. in Charleston.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, and the United States Marshals Service.

**ENTER:**   May 16, 2019

_____
Dwane L. Tinsley
United States Magistrate Judge