AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

**FILED**
MAY 17 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| JOHN EDWARD ROACH, II | ) Case No. 2:19-00126 |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

REC'D USMS CHARLESTON, WV
MAY 1 2019 PM 3:55

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOHN EDWARD ROACH, II,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute methamphetamine.

Date:   05/01/2019                                  *[signature]* tr
                                                    *Issuing officer's signature*

City and state:   CHARLESTON, WV                    RORY L. PERRY II, CLERK
                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/14/19, and the person was arrested on *(date)* 5/15/19
at *(city and state)* Charleston WV.

Date:   5/15/19                                     *[signature]*
                                                    *Arresting officer's signature*

                                                    *[printed name]*
                                                    *Printed name and title*