IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.   CRIMINAL ACTION NO. 2:19-cr-00126

JOHN EDWARD ROACH, II

**ORDER**

A review of the docket reveals that there are no pending motions in this matter. Accordingly, the pretrial motions hearing previously scheduled for July 10, 2019, at 2:00 p.m., is **CANCELED**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: July 8, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE