UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.                                                    Criminal No.: 2:19-00126

JOHN EDWARD ROACH, II

## MOTION TO CONTINUE TRIAL

Comes now, Defendant John Edward Roach, II, by counsel, Mark Plants and moves the Court for a brief continuance of the trial currently scheduled for July 23, 2019. The parties are negotiating the resolution of this matter and an additional week (or two) will aid in efficiently resolving the matter. Additionally, the undersigned is out of the state next week and additional time is required to adequately inform Defendant of the conditions and terms of the expected agreement. The United States does not object to a brief continuance.

By Counsel

Mark S. Plants  WVSB#9760
Plants Law Offices
625 D Street
South Charleston, WV 25303
Fax: 304-744-9168
Tel: 304-744-9148

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.  Criminal No.: 2:19-00126

JOHN EDWARD ROACH, II

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the *Motion to Continue* was served via EM/CMF email system to Drew O. Inman via email address drew.inman@usdoj.gov on the 10th day of July 2019.

_____
Mark S. Plants  WVSB#9760
Plants Law Offices
625 D Street
South Charleston, WV 25303
Fax: 304-744-9168   Tel: 304-744-9148