IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19-cr-00126

JOHN EDWARD ROACH, II

**MOTION OF THE UNITED STATES TO
SCHEDULE GUILTY PLEA HEARING**

Comes now the United States of America, by Drew O. Inman, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

By:  /s/ *Drew O. Inman*
DREW O. INMAN
Assistant United States Attorney
NM Bar No. 145990
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: Drew.Inman@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 31st day of July, 2019, to:

>Mark S. Plants, Esq.
>Plants Law Offices
>625 D Street
>Charleston, WV 25303

>/s/ *Drew O. Inman*
>DREW O. INMAN
>Assistant United States Attorney
>NM Bar No. 145990
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone: 304-345-2200
>Fax: 304-347-5104
>Email: Drew.Inman@usdoj.gov