

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                                    CRIMINAL ACTION NO. 2:19-cr-00126

JOHN EDWARD ROACH, II


### WRITTEN PLEA OF GUILTY

In the presence of Mark S. Plants, my counsel, who has fully explained the charge contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in the single-count Indictment.


DATE : _13th August 2019_      _John Edward Roach, II_

                                            DEFENDANT


WITNESS:

COUNSEL FOR DEFENDANT