IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:19-cr-00126

JOHN E. ROACH

MEMORANDUM OPINION AND ORDER

Pending before the court is Defendant John Roach's Motion for Reconsideration. [ECF No. 54]. In the Motion, Mr. Roach asks me to reconsider my denial of his prior Motion for Compassionate Release. [ECF No. 52]. I denied Defendant Roach's earlier Motion because I could not find that Mr. Roach suffers from a condition that puts him at an increased risk of a serious health complication from COVID-19.  [ECF No. 53 at 8]. In the present Motion for Reconsideration, Defendant Roach does not present any new relevant facts. In fact, Mr. Roach's Motion only clarifies one point – that an earlier bypass surgery took place while he was incarcerated rather than before his incarceration. However, this clarification does nothing change my earlier conclusion that Mr. Roach does not suffer from a condition that puts him at an increased risk of a serious health complication from COVID-19. Therefore, the Motion for Reconsideration [ECF No. 54] is **DENID.**

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

Enter: January 5, 2021

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE